IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHN R. MCCOY,

     Appellant,

v.

JAMES C. MILLER, INC. AND
BUILDER'S INSURANCE
COMPANY,

     Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1478

Opinion filed December 4, 2014.

An appeal from an order of the Judge of Compensation Claims.
Stephen L. Rosen, Judge.

Date of Accident: October 15, 2012.

Bill McCabe, Longwood, for Appellant.

Michele E. Ready of Walton, Lantaff, Schroeder, & Carson, LLP, Miami, for
Appellees.

PER CURIAM.

     AFFIRMED.

PADOVANO, RAY, and OSTERHAUS, JJ., CONCUR.